■ RODNEY LEE, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [643 NYS2d 414]

Miller, J. P., Copertino, Santucci and Altman, JJ., concur.